## PLEAS AND PLEADINGS.

### No. 1.

#### JONES against AMES.   Rutland, 1816.

A Judgment rendered against the defendant, who was out of the State, and had no notice of the suit, cannot be over-hauled by *plea,* in an action brought on that judgment :   The *only* remedy is by writ of review, brought by the defendant within three years, agreeable to the provisions of the Statute.

---

### No. 2.

#### SWIFT against HAMBLIN.   Bennington, 1816.

IN an action of Indebitatus assumpsit, the defendant pleaded a judgment rendered in trover, for the same cause of action, and averred that such proceedings were had therein, that defendant recovered his costs.   Held bad on demurrer, for that it does not appear, by the plea in bar, that the merits were tried.